UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20739-CIV-HUCK/O'SULLIVAN

BLUE WATER MARINE SERVICES, INC.
d/b/a TOWBOAT U.S. SOUTH DADE, a
Florida Corporation,

    Plaintiff,

vs.

*M/Y Natalia III*, a 100-foot Azimut S.R.L.
motor yacht, her engines, apparel, and
appurtenances, *in rem*; and SAGICOR
GENERAL INSURANCE (COMPANY)
LTD., *in personam*,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

This action was tried by Judge Paul C. Huck without a jury and the following decision was reached:

It is ORDERED that Plaintiff recover nothing, and the action be dismissed on the merits. The Court reserves jurisdiction over appropriate motions for attorney fees and costs. The Clerk of the Court is directed to mark this case CLOSED.

DONE in Chambers, Miami, Florida, this 30th day of July, 2008.

                                            Paul C. Huck
                                            United States District Judge

**Copies furnished to:**
All Counsel of Record