UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-20739-CIV-HUCK/O'SULLIVAN

BLUE WATER MARINE SERVICES, INC.
d/b/a TOWBOAT U.S. SOUTH DADE, a
Florida Corporation,

    Plaintiff,

vs.

M/Y Natalia III, a 100-foot Azimut S.R.L.
motor yacht, her engines, apparel, and
appurtenances, in rem; and SAGICOR
GENERAL INSURANCE (COMPANY)
LTD., in personam,

    Defendant.
_____/

### ORDER ON MOTION TO RELEASE DEFENDANT VESSEL

This cause is before the Court on Defendants' Motion to Release the Vessel [D.E. #145]. Having reviewed the motion and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

1. The United States Marshal's Substitute Custodian, Merrill-Stevens Dry Dock Company is hereby ordered to release the Vessel from arrest in the instant matter.

2. The Court will reserve decision on what, if any, custodial fees are due from Plaintiff to the Substitute Custodian Merrill-Stevens so as not to delay release of the Vessel.

3. This procedure has been agreed to by the Defendants in this action.

DONE and ORDERED in Chambers at Miami, Florida this 31st day of July, 2008.

                                                  Paul C. Huck
                                        United States District Judge

Copies furnished to:
All Counsel of Record