# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 08-20739-CIV-HUCK/O'SULLIVAN

BLUE WATER MARINE SERVICES, INC.
d/b/a TOWBOAT U.S. SOUTH DADE, a
Florida Corporation,

       Plaintiff,

vs.

*M/Y Natalia III*, a 100-foot Azimut S.R.L.
motor yacht, her engines, apparel, and
appurtenances, *in rem*; and SAGICOR
GENERAL INSURANCE (COMPANY)
LTD., *in personam*, et al.

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND
## DENYING DEFENDANT SANTAM'S MOTION FOR ATTORNEY'S FEES

THIS CAUSE comes before the Court upon the Report and Recommendation of the

Honorable John J. O'Sullivan, United States Magistrate Judge filed on February 10, 2009 [D.E.

#178] and Defendant Santam Insurance Co., Ltd.'s ("Santam") Objections thereto filed February 24,

2009 [D.E. #179]. Magistrate Judge O'Sullivan's Report and Recommendation addressed Defendant

Santam's Motion for Attorney's Fees [D.E. #152], wherein he recommended that Santam's Motion

be denied because Defendant Santam had not made the requisite showing of bad faith to entitle it

to recover attorney's fees in admiralty.

Having reviewed *de novo* Defendant Santam's objections, the Report and Recommendation,

the record, and being otherwise duly advised, this Court agrees with Judge O'Sullivan's Report and

Recommendation. The Court finds that even as clarified in Santam's Objections, Santam has failed

to show the requisite bad faith by the Plaintiff that would entitle it to recover attorney's fees in

admiralty.  Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge O'Sullivan be ADOPTED and made the Order of the District Court, and Defendant Santam's Motion for Attorney's Fees is DENIED.

DONE in Chambers, Miami, Florida, this February 25, 2009.


_____
Paul C. Huck
United States District Judge

<u>Copies furnished to:</u>
Magistrate Judge John J. O'Sullivan
Counsel of Record