UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-20739-CIV-HUCK/O'SULLIVAN

BLUE WATER MARINE SERVICES, INC.,

    Plaintiff,

vs.

M/Y NATALITA III, et al.,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Defendants M/Y Natalita III and Natalita III Limited's Motion for Attorney's Fees (D.E. #154), filed September 2, 2008. On February 2, 2010, the Honorable John J. O'Sullivan, United States Magistrate Judge, entered a Corrected Report and Recommendation (D.E. #206), recommending that the Motion for Attorney's Fees be granted in part and denied in part and that the Natalita Defendants be awarded $88,631.80 in fees. On February 19, 2010, Plaintiff filed Objections to the Corrected Report and Recommendation (D.E. #207).

The Court has reviewed *de novo* the Report and Recommendation, Plaintiff's Objections, and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. The Court reiterates that the award of fees to the Natalita Defendants is appropriate in this case because of Plaintiff's actions in this matter, as discussed in the Court's previous orders. Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED and Plaintiff's Objections are OVERRULED. Defendants M/Y Natalita III and Natalita III Limited's Motion for Attorney's Fees (D.E. #154) is GRANTED IN PART, DENIED IN PART. The Natalita Defendants are awarded fees in the amount of $88,631.80.

DONE AND ORDERED in Chambers, Miami, Florida, March 29, 2010.

                                                                                                                     Paul C. Huck
                                                                                                                     United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record